Reverend Neil L. MCPHERSON, et al., Plaintiffs–Appellees,

v.

SCHOOL DISTRICT NO. 186, SPRINGFIELD, ILLINOIS, Defendant–Appellee.

Appeal of: Margaret J. Collins.

No. 00–3318.

United States Court of Appeals, Seventh Circuit.

June 26, 2002.

Before POSNER, EASTERBROOK, RIPPLE, Circuit Judges.

**ORDER**

On consideration of the Plaintiff–Appellant's petition for rehearing filed on April 30, 2002, the judges on the panel have voted to deny the petition. Accordingly,

It is ORDERED that the petition for rehearing is DENIED.